No. 04-01-00575-CR


Mary Ella DILWORTH,

Appellant


v.


The State of TEXAS,

Appellee


From the 274th Judicial District Court, Guadalupe County, Texas

Trial Court No. 2001-0517-CR

Honorable Gary L. Steel, Judge Presiding



Per Curiam

 

Sitting: Tom Rickhoff, Justice

 Alma L. López, Justice

 Catherine Stone, Justice



Delivered and Filed: September 26, 2001


DISMISSED


 The appellant has filed a motion to dismiss this appeal. The motion is granted, and the
appeal is dismissed. See Tex. R. App. P. 42.2(a).


 PER CURIAM

DO NOT PUBLISH